1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| TIMOTHY D. MURPHY,<br><br>        Plaintiff,<br><br>        v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, PHILIP C. MURPHY, MARK M. MURPHY, DAVID MURPHY, CLAUDIA SEMPLENSKI, THE SHIRLEY S. MURPHY TRUST, THE ESTATE OF SHIRLEY S. MURPHY, THE ROBERT H. MURPHY TRUST, THE ESTATE OF ROBERT H. MURPHY, THE ROBERT & SHIRLEY MURPHY SURVIVORSHIP TRUST dtd 11/1/05, CNF II, LLC, MITCHELL K. SMITH, GAINES & SMITH FINANCIAL GROUP, THE MURPHY FAMILY TRUST, FRED C. COHEN, ESQ., COHEN, NORRIS, WOLMER, RAY, TELEPMANN and COHEN, AMERICAN INTERNATIONAL GROUP, INC., RAI PREMIUM FINANCE, LLC, RAI INSURANCE GROUP, and GERALD MORLITZ<br><br>        Defendants. | Case No. 5:14-cv-00486-JAK-SP<br><br>**JUDGMENT**<br><br>JS-6<br><br><br>The Honorable John A. Kronstadt |

On July 15, 2015, the Court granted the motion to dismiss of American General Life Insurance Company ("American General") and American International Group, Inc. ("AIG") with prejudice pursuant to Fed. R. Civ. P. 12 (b)(6).

Also on July 15, 2015, the Court dismissed the action without prejudice as to Philip C. Murphy; Mark M. Murphy; David Murphy; Claudia Semplenski; the Shirley S. Murphy Trust; the Estate of Shirley S. Murphy; the Robert H. Murphy Trust; the Estate of Robert H. Murphy; the Robert & Shirley Murphy Survivorship Trust; Mitchell K. Smith; Gaines & Smith Financial Group; the Murphy Family Trust; Fred C. Cohen; Cohen, Norris, Wolmer, Ray, Telepmann and Cohen; and Gerald Morlitz for lack of personal jurisdiction. This dismissal was stayed until August 5, 2015 to allow Plaintiff to file an action in an appropriate forum.

Finally, on July 15, 2015, CNF II, LLC, RAI Insurance Group and RAI Premium Finance, LLC were dismissed without prejudice for lack of prosecution. Plaintiff's objections regarding this dismissal were overruled.

Accordingly, judgment is entered in favor of American General and AIG. For the purposes of Fed. R. Civ. P. 54(d), 28 U.S.C. § 1920, and Civil Local Rules 54-1 through 54-10, American General and AIG are the prevailing parties in this matter and, upon determination of the clerk of this Court, are entitled to recover appropriate costs as authorized by law.

Philip C. Murphy; Mark M. Murphy; David Murphy; Claudia Semplenski; the Shirley S. Murphy Trust; the Estate of Shirley S. Murphy; the Robert H. Murphy Trust; the Estate of Robert H. Murphy; the Robert & Shirley Murphy Survivorship Trust; Mitchell K. Smith; Gaines & Smith Financial Group; the Murphy Family Trust; Fred C. Cohen; Cohen, Norris, Wolmer, Ray, Telepmann and Cohen; and Gerald Morlitz are dismissed, without

prejudice, for lack of personal jurisdiction.

CNF II, LLC, RAI Insurance Group and RAI Premium Finance, LLC are dismissed, without prejudice, for lack of prosecution.

IT IS SO ORDERED.

Dated: September 21, 2015          By: _____
                                       HONORABLE JOHN A. KRONSTADT
                                       United States District Judge